IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JAMES JONATHAN NICOLAU,<br><br>           Defendant. | **4:13CR3064**<br><br>**MEMORANDUM AND ORDER** |

For the reasons set forth in the court's prior order, (Filing No. 28), the defendant is detained pending trial.

May 23, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge